**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARQUIS WOODS,

    Petitioner,

-vs-                                                              Case No.  8:13-CV-728-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER**

This matter is before the Court on Plaintiff's Motion for Extension of Time to Reconsider and Issue Order (Dkt. 14) which the Court construes as a motion for an extension of time to file a motion to alter or amend, pursuant to Fed. R. Civ. P. 59(e), the Court's September 23, 2013 Order dismissing this action (see Dkt. 13).  This Court does not have authority to extend the time for filing a Rule 59(e) motion.  See Fed. R. Civ. P. 6; *Pinion v. Dow Chemical, U.S.A.*, 928 F.2d 1522, 1525 (11th Cir. 1991) (Fed. R. Civ. P. 6(b) "unequivocally states" that a district court may not extend time for taking any action under Rule 59(e) accept as the rule allows); *Hertz Corp. v. Alamo Rent-A-Car*, 16 F.3d 1126, 1133 (11th Cir. 1994) ("Rule 6(b) forbids a court to enlarge the time within which a Rule 59(e) motion may be served.").

To the extent Petitioner requests the Court direct the Department of Corrections to deduct $5.00 from his inmate bank account to pay the filing fee in this action, the request will

be denied without prejudice to Plaintiff demonstrating exhaustion of his administrative remedies regarding the matter.

**ACCORDINGLY**, the Court **ORDERS** that Plaintiff's Motion for Extension of Time to Reconsider and Issue Order (Dkt. 14) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on October 15, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*