UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARQUIS WOODS,

    Petitioner,

-vs-                                            Case No.  8:13-CV-728-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER**

Pending before the Court is Petitioner's Motion for Reconsideration (Dkt. 16).  Given the relief requested, the Court construes Petitioner's motion as a Rule 60(b)(6), Fed. R. Civ. P., motion for relief for "any other reason that justifies relief."

Petitioner's petition for the writ of habeas corpus was dismissed for failing to comply with the Court's August 13, 2013 Order directing Petitioner to pay the filing fee in this action on or before September 12, 2013 (see Dkt. 13).  Petitioner asserts that the failure to pay the filing fee was "due to circumstances beyond [his] control" because the Department of Corrections failed to comply with his request to withdraw the filing fee from his prison trust account and forward it to the Court.

Upon consideration, the Court **ORDERS** that:

1.    Petitioner's Motion for Reconsideration (Dkt. 16) is **GRANTED**.

2.    The **Clerk** is directed to reopen this case.

3. Petitioner shall pay the $5.00 filing fee on or before **November 29, 2013. Failure to timely comply with this Order will result in dismissal of this action without further notice**.

**DONE** and **ORDERED** in Tampa, Florida on October 31, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: *Pro se* Petitioner